UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRIC GLASSMAN; JENNIFER GLASSMAN; and SAMUEL GLASSMAN, a minor, by and through his Guardian Litem, JENNIFER GLASSMAN,<br>Plaintiffs,<br>v.<br>HOME DEPOT USA, INC., TECHTRONIC INDUSTRIES NORTH AMERICA, INC.; ONE WORLD TECHNOLOGIES, INC. RYOBI TECHNOLOGIES, INC. RYOBI LIMITED, and DOES 1 to 100, inclusive,<br>Defendants. | Case No. 2:16-cv-07475-ODW-E<br>**~~[PROPOSED]~~ ORDER APPROVING ENTRY OF STIPULATED PROTECTIVE ORDER** |

1  PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR
2  GOOD CAUSE SHOWN, the Stipulated Protective Order attached as Exhibit 1 to
3  the parties' Motion for Entry of Stipulated Protective Order is hereby endorsed and
4  entered.

IT IS SO ORDERED.

Dated: 6/7/17

Hon. Charles F. Eick
UNITED STATES MAGISTRATE JUDGE