NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRIC GLASSMAN; JENNIFER GLASSMAN; and SAMUEL GLASSMAN, a minor, by and through his Guardian Litem, JENNIFER GLASSMAN,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT USA, INC., TECHTRONIC INDUSTRIES NORTH AMERICA, INC.; ONE WORLD TECHNOLOGIES, INC.; RYOBI TECHNOLOGIES, INC.; RYOBI LIMITED; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:16-cv-07475-ODW-E<br><br>**JUDGMENT**<br><br>Assigned to Hon. Otis D. Wright II, Dept. 5D<br><br>Action Filed: October 6, 2015<br>Trial Date: July 30, 2019 |

Pursuant to the filed stipulation of the parties, and for good cause shown, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to Federal Rules of Civil Procedure Rule 58, Plaintiffs shall have and recover nothing by reason of their complaint against Defendants in the above-captioned matter and Defendants shall have and recover from Plaintiffs any and all costs and expenses to which Defendants are entitled.

Judgment is hereby entered in favor of Defendants. The Clerk of the Court shall close the case.

Dated: ___August 19, 2019

_____
The Honorable Otis D. Wright II